UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raof Alkhamaisi, individually and on behalf of all other similarly situated employees; and Salah Salea, individually and on behalf of all other similarly situated employees,<br><br>                         Plaintiffs,<br><br>v.<br><br>Katmai Health Services, LLC; Katmai Government Services, LLC; and Does 1 through 25,<br><br>                         Defendants. | Case No.: 18-cv-00115-WQH-BGS<br><br>**ORDER ON JOINT MOTION TO EXTEND CLASS CERTIFICATION DEADLINE**<br><br>**[ECF No. 27]** |

On November 2, 2018, Plaintiffs Raof Alkhamaisi and Salah Salea and Defendants Katmai Health Services, LLC; Katmai Government Services, LLC (collectively, "the Parties") filed a Joint Motion to Extend Class Certification Deadline as the parties have mediation scheduled for November 30, 2018 with Michael Loeb of JAMS. (ECF No. 27.) Currently, the deadline to file a motion for class certification is November 13, 2018. (ECF No. 26 at 3.)

The parties have "preliminarily agreed to attempt to resolve all Plaintiffs' claims on a class-wide basis and, in the event of the settlement, the Parties intend to stipulate to a

1

class certification order." (*Id.* at 4.) They intend to "focus their time and energy on mediation and settlement efforts" and request that the November 13, 2018 deadline for Plaintiffs to file a class certification motion be extended until December 11, 2018. (*Id.*)

Accordingly, good cause appearing, the Joint Motion to Extend Class Certification Deadline (ECF No. 27) is **GRANTED**. Plaintiffs' motion(s) for class certification and for conditional certification of collective action under the Fair Labor Standards Act must be filed on or before **December 11, 2018.** Counsel for the moving party must obtain a motion hearing date from the law clerk of the judge who will hear the motion. The period of time between the date you request a motion date and the hearing date may vary from one district judge to another. Failure to make a timely request for a motion date may result in the motion not being heard.

**IT IS SO ORDERED.**

Dated: November 7, 2018

Hon. Bernard G. Skomal
United States Magistrate Judge