KLEIN LAW GROUP LLP
William P. Klein   (State Bar No. 148867)
wklein@sfbizlaw.com
Alexei Kuchinsky  (State Bar No. 279405)
alexei@sfbizlaw.com
50 California Street, Suite 1500
San Francisco, CA 9411
Tel.:    (415) 693-9107
Fax.:    (415) 693-9222

PHILLIPS DAYES LAW FIRM
Trey Dayes, Arizona Bar #020805 (Pro Hac Vice)
treyd@phillipsdayeslaw.com
A Professional Corporation
3101 North Central Avenue, Suite 1100
Phoenix, Arizona 85012
Tel.: 1(800) 917-4000
Fax.:(602) 288-1664

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOF ALKHAMAISI, individually and on behalf of all other similarly situated employees; AND SALAH SALEA, individually and on behalf of all other similarly situated employees,<br><br>                   Plaintiff,<br><br>v.<br><br>KATMAI HEALTH SERVICES, LLC; KATMAI GOVERNMENT SERVICES, LLC; and Does 1 through 25,<br><br>          Defendants. | Case No. 18-cv-00115-WQH-BGS<br><br>NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT<br><br> DATE: March 11, 2019<br> DEPT.: Courtroom 14B<br><br>Judge: Hon. William Q. Hayes<br>Magistrate Judge: Hon. Bernard G. Skomal<br><br>**No Oral Argument Unless Requested by the Court** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on March 11, 2019, before the Honorable William Q. Hayes, in Courtroom 14B (14th Floor - Carter/Keep), Suite 1480, 333 West Broadway, San Diego, California, Plaintiffs Raof Alkhamaisi and Salah Salea ("Plaintiffs") and Katmai Health Services, LLC and Katmai Government Services, LLC ("Defendants") (collectively, the "Parties") will jointly move, and hereby do move, for entry of an Order, pursuant to Fed. R. Civ. Proc. 23(e) and 29 U.S.C. § 216(b), for approval of the concurrently filed Class Action Settlement Agreement ("Settlement"), whereby this Court would:

(1) grant Preliminary Approval of the proposed Class Action Settlement Agreement;

(2) conditionally certify the proposed class pursuant to Federal Rule of Civil Procedure 23(c) and collective action pursuant to 29 U.S.C. § 216(b) for settlement purposes only;

(3) appoint Plaintiffs' Counsel, William Klein and Alexei Kuchinsky of Klein Law Group, LLP and Trey Dayes of Phillips Dayes Law Firm PC, as class counsel;

(4) approve the form and proposed manner of distribution of the class notice;

(5) appoint Simpluris, Inc. as the third-party settlement administrator; and

(6) schedule a hearing regarding final approval of the proposed Class Action Settlement Agreement, and Class Counsel's request for attorney's fees and costs and awards of Service Awards to the Representative Plaintiffs.

As set forth in greater detail in the concurrently filed Memorandum of Points and Authorities in Support of Joint Motion for Preliminary Approval of Class Action Settlement, as well as the Settlement itself, the Parties seek to resolve this case as to Plaintiffs and Defendants by the proposed Settlement.

Plaintiffs in this case are pursuing claims for alleged violations of federal and California wage and hour laws in connection with work performed as role players in Camp Pendleton, California from December 15, 2013 to the present.

Following a successful mediation on November 30, 2018, the Parties agreed to a settlement agreement resolving Plaintiffs' class claims for a gross settlement amount of $150,000. That settlement agreement is filed concurrently herewith.

This motion is, therefore, made on the grounds that the Settlement is fair, reasonable, and adequate, as well as being the product of adverse parties involved in arm's-length, good-faith negotiations after a year of litigation and discovery involving experienced class counsel, and the assistance of an experienced California-based wage and hour mediator.

This motion is based on this Notice of Motion and Motion, the supporting Memorandum of Points and Authorities, the concurrently-filed Class Action Settlement Agreement, the accompanying declarations of Trey Dayes and Alexei Kuchinsky, the proposed order, any argument of counsel, and all papers and records on file in this matter.

Dated: February 4, 2019        **PHILLIPS DAYES LAW FIRM PC**

By */s/ - Trey Dayes (with permission)*
    Trey Dayes
    Attorney for Plaintiffs

Dated: February 4, 2019        **KLEIN LAW GROUP LLP**

By */s/ - Alexei Kuchinsky*
    William Klein
    Alexei Kuchinsky
    Attorney for Plaintiffs

NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

| | |
|---|---|
| Dated: February 4, 2019 | **Hunton Andrews Kurth LLP** |
| | By /s/ - *Roland Juarez (with permission)* |
| | Roland Juarez |
| | D. Andrew Quigley |
| | Attorney for Defendants |

**3**

NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT