| | |
|---|---|
| 1 | KLEIN LAW GROUP LLP |
| | William P. Klein   (State Bar No. 148867) |
| 2 | wklein@sfbizlaw.com |
| | Alexei Kuchinsky  (State Bar No. 279405) |
| 3 | alexei@sfbizlaw.com |
| | 50 California Street, Suite 1500 |
| 4 | San Francisco, CA 9411 |
| | Tel.:     (415) 693-9107 |
| 5 | Fax.:    (415) 693-9222 |
| 6 | PHILLIPS DAYES LAW FIRM |
| | Trey Dayes, Arizona Bar #020805 (Pro Hac Vice) |
| 7 | treyd@phillipsdayeslaw.com |
| | A Professional Corporation |
| 8 | 3101 North Central Avenue, Suite 1100 |
| | Phoenix, Arizona 85012 |
| 9 | Tel.: 1(800) 917-4000 |
| | Fax.:(602) 288-1664 |
| 10 | |
| 11 | Attorneys for Plaintiffs RAOF ALKHAMAISI and SALAH SALEA individually and on behalf of all other similarly situated employees. |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOF ALKHAMAISI, individually and on behalf of all other similarly situated employees; AND SALAH SALEA, individually and on behalf of all other similarly situated employees,<br><br>Plaintiffs,<br><br>v.<br><br>KATMAI HEALTH SERVICES, LLC; KATMAI GOVERNMENT SERVICES, LLC; and Does 1 through 25,<br><br>Defendants | Case No.:    18-cv-00115-WQH-BGS<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Judge:     *Hon. William Q. Hayes*<br><br>Magistrate Judge:<br>         *Hon. Bernard G. Skomal*<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Joint Motion for Final Approval of Class Action Settlement; and [Proposed] Order Granting Final Approval of Class Action Settlement]<br><br>**DATE: August 9, 2019**<br>TIME:  9:00 a.m.<br>**DEPT.: Courtroom 14B** |

**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**

i

---

**NOTICE OF MOTION AND JOINT MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on August 9, 2019, at 9:00 a.m., or as soon thereafter as may be heard, before the Honorable William Q. Hayes, in the James M. Carter and Judith N. Keep United States Courthouse, Courtroom 14B, 14th Floor, 333 West Broadway, San Diego, CA 92101, Plaintiffs Raof Alkhamaisi and Salah Salea ("Plaintiffs") and Defendants Katmai Health Services, LLC and Katmai Government Services, LLC ("Defendants" or "Katmai") (collectively, the "Parties") will move, and hereby do move, for entry of an Order, pursuant to Fed. R. Civ. Proc. 23(e) and 29 U.S.C. § 216(b), for final approval of the previously-filed Joint Motion for Preliminary Approval of Class Action Settlement (the "Settlement") and previously filed Motion for an Award of Attorneys' Fees and Cost (Doc. No 36), whereby this Court would:

(1) finally approve the Settlement as fair, reasonable, and adequate under Fed. R. Civ. Proc. 23(e) and 29 U.S.C. Section 216(b);

(2) finally certify the proposed class and collective action for settlement purposes;

(3) appoint Plaintiffs' Counsel, William Klein and Alexei Kuchinsky of Klein Law Group and Trey Dayes of Phillips Dayes Law Firm PC, as class counsel;

(4) appoint Simpluris, Inc. as the third-party settlement administrator,

(5) appoint Plaintiffs as Class Representatives for settlement purposes and award Plaintiff Salea $6,000 and Plaintiff Alkhamaisi $4,000 as an incentive payment;

(6) approve award of Attorneys' Fees and Cost, in total sum of $49,500 and reimbursement of litigation costs of $12,800 respectively; and

(7) enter final judgment in the form of the [Proposed] Final Approval Order filed herewith.

This motion is based on this Notice of Motion and Motion, the supporting

Memorandum of Points and Authorities, the proposed order, any argument of counsel, and all papers and records on file in this matter.

Dated: July 12, 2019     **PHILLIPS DAYES LAW FIRM PC**

By <u>/s/ - Trey Dayes  (*with permission*)</u>
Trey Dayes

Attorney for Plaintiffs

**KLEIN LAW GROUP LLP**

By <u>/s/ - Alexei Kuchinsky</u>
William Klein
Alexei Kuchinsky

Attorney for Plaintiffs

**HUNTON ANDREWS KURTH, LLP**

By <u>/s/ - Roland Juarez (*with permission*)</u>
Roland Juarez
D. Andrew Quigley

Attorneys for Defendants